### CALVIN *v.* THE STATE.

COBB, J. The evidence authorized the verdict, and there was no error requiring the granting of a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted January 22,—Decided February 3, 1902.

Indictment for gaming. Before Judge Evans. Washington superior court. October 5, 1901.

*J. A. Robson,* for plaintiff in errror.
*B. T. Rawlings, solicitor-general,* contra.